01/2012

# United States Bankruptcy Court
## Northern District of Illinois, Western Division

In re  **Salagea, Josef**                                    Case No.
                   Debtor                                    Chapter  **7**

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

DECLARATION OF PETITIONER(S)

A. [To be completed in all cases]

    I (We), **Josef Salagea** and  the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document s are true and correct.

B. [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

    [ ] I, **William Hellyer**, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

**Josef Salagea**
Printed or Typed Name of Debtor or Other Person        Printed or Typed Name of Joint Debtor

_____                         _____
Signature of Debtor or Other Person                      Signature of Joint Debtor

_____                         _____
Date                                                     Date