UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
WESTERN **DIVISION**

In re:                              §
                                    §
                                    §
JOSEF SALAGEA                       §   Case No. 15-82581
                                    §
                                    §
_____Debtor_____        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 199,000.00 *(Without deducting any secured claims)* | Assets Exempt: 197,900.00 |
| Total Distributions to Claimants: 7,978.23 | Claims Discharged Without Payment: 241,970.00 |
| Total Expenses of Administration: 5,582.34 | |

3) Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,439.43 (see **Exhibit 2**), yielded net receipts of $ 13,560.57 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 227,944.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,582.34 | 5,582.34 | 5,582.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 14,026.00 | 7,966.68 | 7,966.68 | 7,978.23 |
| **TOTAL DISBURSEMENTS** | $ 241,970.00 | $ 13,549.02 | $ 13,549.02 | $ 13,560.57 |

    4)  This case was originally filed under chapter 7 on  10/15/2015 .  The case was pending for 10 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/01/2016                        By:/s/BERNARD J. NATALE
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1894 Huntington, Hoffman Estates, IL 60010 | 1110-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOSEF SALAGEA | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 1,439.43 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,439.43** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chrysler Capital PO Box 961275 Fort Worth, TX 761610275 | | 12,290.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Colonial Savings & Loa<br>Attn Bankruptcy<br>2626 West Fwy Bldg B<br>Fort Worth, TX 761027109 | | 215,654.00 | NA | NA | 0.00 |
| | Colonial Savings & Loa<br>PO Box 2988<br>Fort Worth, TX 761132988 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 227,944.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 2,106.06 | 2,106.06 | 2,106.06 |
| BERNARD J. NATALE | 2200-000 | NA | 6.67 | 6.67 | 6.67 |
| BERNARD J. NATALE | 3110-000 | NA | 3,452.50 | 3,452.50 | 3,452.50 |
| BERNARD J. NATALE | 3120-000 | NA | 17.11 | 17.11 | 17.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 5,582.34** | **$ 5,582.34** | **$ 5,582.34** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank USA N<br>15000 Capital One Dr<br>Richmond, VA 232381119 | | 0.00 | NA | NA | 0.00 |
| | Capital One Bank USA N<br>15000 Capital One Dr<br>Richmond, VA 232381119 | | 0.00 | NA | NA | 0.00 |
| | Capital One Bank USA N<br>15000 Capital One Dr<br>Richmond, VA 232381119 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank USA N<br>15000 Capital One Dr<br>Richmond, VA 232381119 | | 0.00 | NA | NA | 0.00 |
| | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 841300285 | | 4,629.00 | NA | NA | 0.00 |
| | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 841300285 | | 4,629.00 | NA | NA | 0.00 |
| | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 841300285 | | 2,216.00 | NA | NA | 0.00 |
| | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 841300285 | | 2,216.00 | NA | NA | 0.00 |
| | Credit One Bank NA<br>PO Box 98875<br>Las Vegas, NV 891938875 | | 0.00 | NA | NA | 0.00 |
| | Credit One Bank NA<br>PO Box 98875<br>Las Vegas, NV 891938875 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit One Bank PO Box 98873 Las Vegas, NV 891938873 | | 168.00 | NA | NA | 0.00 |
| | Credit One Bank PO Box 98873 Las Vegas, NV 891938873 | | 168.00 | NA | NA | 0.00 |
| 1 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 2,329.57 | 2,329.57 | 2,329.57 |
| 2 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 4,960.97 | 4,960.97 | 4,960.97 |
| 3 | PYOD LLC as Assignee | 7100-000 | NA | 676.14 | 676.14 | 676.14 |
| | Capital One Bank (Usa), N.A. | 7990-000 | NA | NA | NA | 10.57 |
| | PYOD LLC as Assignee | 7990-000 | NA | NA | NA | 0.98 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 14,026.00 | $ 7,966.68 | $ 7,966.68 | $ 7,978.23 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-82581 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
| Case Name: | JOSEF SALAGEA | | | | Date Filed (f) or Converted (c): | 10/15/2015 (f) |
| | | | | | 341(a) Meeting Date: | 11/19/2015 |
| For Period Ending: | 08/01/2016 | | | | Claims Bar Date: | 03/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Duplicate of #3 | 0.00 | 0.00 | | 0.00 | FA |
| 2. 5511 Chantilly Cir, Lake in the Hills, IL 60156- | 199,000.00 | 0.00 | | 0.00 | FA |
| 3. 1894 Huntington, Hoffman Estates, IL 60010     (u) | 37,500.00 | 10,210.00 | | 15,000.00 | 0.00 |
| 4. Duplicate of #2             (u) | 0.00 | 0.00 | | 0.00 | FA |
| 5. TCF Bank, Castle Bank certificates of deposit or (u) | 1,600.00 | 0.00 | | 0.00 | FA |
| 6. furniture, appliances, television audio, video,  (u) | 500.00 | 0.00 | | 0.00 | FA |
| 7. clothes | 300.00 | 0.00 | | 0.00 | FA |
| 8. 401k other pension or profit sharing plans. Give (u) | 179,000.00 | 0.00 | | 0.00 | FA |
| 9. 2006 Pontiac 2006 Pontiac Bonneville SE 130,000 | 1,500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $419,400.00     $10,210.00          $15,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SALE TO DEBTOR OF INTEREST IN CONDO TO BE HEARD 4/20/2016. UPON RECEIPT OF FUNDS TRUSTEE WILL FILE FINAL REPORT.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 2 | -- | Imported from original petition Doc# 9 |
| RE PROP # | 3 | -- | Imported from Amended Doc#: 12 |
| RE PROP # | 4 | -- | Imported from Amended Doc#: 12 |
| RE PROP # | 5 | -- | Imported from Amended Doc#: 12 |
| RE PROP # | 6 | -- | Imported from Amended Doc#: 12 |
| RE PROP # | 7 | -- | Imported from Amended Doc#: 12 |
| RE PROP # | 8 | -- | Imported from Amended Doc#: 12 |
| RE PROP # | 9 | -- | Imported from Amended Doc#: 12 |

Initial Projected Date of Final Report (TFR): 12/31/2016     Current Projected Date of Final Report (TFR): 06/30/2016

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-82581 | Trustee Name: BERNARD J. NATALE |
| Case Name: JOSEF SALAGEA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8228 |
| | Checking |
| Taxpayer ID No: XX-XXX3713 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 08/01/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/20/16 | 3 | Josef Salagea<br>TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge IL 605274 | Compromise<br>Re: Real Estate | 1110-000 | $15,000.00 | | $15,000.00 |
| 06/07/16 | 1101 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Distribution | | | $5,582.34 | $9,417.66 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($2,106.06) | 2100-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($6.67) | 2200-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($3,452.50) | 3110-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($17.11) | 3120-000 | | | |
| 06/07/16 | 1102 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Distribution | | | $7,301.11 | $2,116.55 |
| | | | ($10.57) | 7990-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($2,329.57) | 7100-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($4,960.97) | 7100-000 | | | |
| 06/07/16 | 1103 | PYOD LLC as Assignee<br>Resurgent Capital Services<br>P O Box 19008<br>Greensville SC 29602 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $677.12 | $1,439.43 |
| | | | ($0.98) | 7990-000 | | | |

Page Subtotals: $15,000.00    $13,560.57

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-82581 | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|
| Case Name: | JOSEF SALAGEA | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8228 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3713 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 08/01/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | PYOD LLC as Assignee | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($676.14) 7100-000 | | | |
| 06/07/16 | 1104 | JOSEF SALAGEA<br>1894 Huntington Blvd<br>Apt C<br>Hoffman Estates IL 60169 | Distribution of surplus funds to debtor. | 8200-002 | | $1,439.43 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $15,000.00 | $15,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $15,000.00 | $15,000.00 |
| Less: Payments to Debtors | $0.00 | $1,439.43 |
| Net | $15,000.00 | $13,560.57 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $1,439.43 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8228 - Checking | $15,000.00 | $13,560.57 | $0.00 |
| | $15,000.00 | $13,560.57 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,000.00 |
| Total Gross Receipts: | $15,000.00 |

Page Subtotals:    $0.00    $0.00